UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9217 FMO (RAOx) | Date | March 20, 2023 |
|---|---|---|---|
| Title | Siobahn Carroll, <u>et</u> <u>al.</u> v. Progressive Casualty Insurance Company, <u>et</u> <u>al.</u> | | |

Present: The Honorable   **Fernando M. Olguin, United States District Judge**

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:        (In Chambers) Order to Show Cause Re: Sanctions or Dismissal**

Pursuant to the Court's Order of November 21, 2022, the parties were required to complete a settlement conference before a private mediator no later than March 13, 2023. (<u>See</u> Dkt. 86, Court's Order of November 21, 2022, at 2). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (<u>See</u> Dkt. 58, Court's Order of June 29, 2022, at 5). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (<u>See</u> <u>id.</u> at 5-6).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (<u>See</u>, <u>generally</u>, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **March 27, 2023**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of June 29, 2022, and November 21, 2022. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** <u>See</u> Fed. R. Civ. P. 41(b); <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); <u>Pagtalunan v. Galaza</u>, 291 F.3d 639, 642 (9th Cir. 2002), <u>cert. denied</u>, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |