JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN CARROLL and ALAN LUKEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Defendant.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY, an Ohio Corporation, UNITED FINANCIAL CASUALTY COMPANY, an Ohio Corporation, and DOES 1 through 20, Inclusive, | CASE NO. 2:21-cv-09217 SRM-RAO<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS; DENYING WITHOUT PREJUDICE THE MOTION FOR CLASS CERTIFICATION, DKT. [110], AND MOTION TO EXCLUDE BIRNY BIRNBAUM, DKT. [112]; AND VACATING HEARINGS ON JUNE 12, 2025, DKT. [142]**<br><br>**[NOTE: CHANGES MADE BY COURT]** |

Upon consideration of the Parties' Joint Stipulation to Stay Proceedings, the Court having considered the applicable factors finds in its discretion that (1) the possible damage which may result from the granting of a stay; (2) the hardship or inequity which a party may suffer in being required to go forward; and (3) the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law all militate in favor of granting a temporary stay. *In re PG&E Corp. Sec. Litig.*, 100 F.4th 1076, 1085 (9th Cir. 2024). Therefore:

**IT IS ORDERED** that the Joint Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that:

This matter is **STAYED** pending the resolution of the California Court of Appeal's decision in *Davis v. CSAA Ins. Exch.*, California Court of Appeal Case No. A169729, and the Ninth Circuit Court of Appeals' decision in *Day v. GEICO*, Ninth Circuit Court of Appeals Case No. 24-2201. The parties are **ORDERED** to submit a joint status report about each appeal every 90 days until the stay is lifted. The first status report is due **August 9, 2025**.

The Court also **DENIES WITHOUT PREJUDICE** the Motion for Class Certification, (Dkt. 110), and Motion to Exclude Birny Birnbaum, (Dkt. 112), pending resolution of *Davis* and *Day*. Accordingly, the hearings on June 12, 2025, for both motions are **VACATED**. (*See* Dkt. 142.) The parties may refile the motions but must first submit a proposed briefing schedule and hearing date to hear both these motions within 7 after the latest of the two appeals is decided.

**IT IS SO ORDERED.**

DATED: May 9, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE