MARTIN & BONTRAGER, APC
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
T: (323) 940-1700 F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiffs SIOBAHN CARROLL AND ALAN LUKEN and the putative class.

EVERSHEDS SUTHERLAND (US) LLP
Kymberly Kochis (admitted *pro hac vice*)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
T: (212) 389-5000 F: (212) 389-5099
kymkochis@eversheds-sutherland.com

Attorneys for Defendants PROGRESSIVE SELECT INSURANCE COMPANY, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN CARROLL and ALAN LUKEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY, an Ohio Corporation, UNITED FINANCIAL CASUALTY COMPANY, an Ohio Corporation,<br><br>Defendants. | Case No.: 2:21-cv-09217 SRM-RAO<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Siobhan Carroll and Alan Luken ("Named Plaintiffs") and Defendants Progressive Select Insurance Company and United Financial Casualty Company hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above captioned matter and all claims and causes of action set forth therein are hereby dismissed with prejudice as to the claims of the Named Plaintiffs and without prejudice as to the claims of the putative class, with the parties to bear their own costs, fees, and expenses.

Dated: December 15, 2025      By:   *Teresa M. Becvar*
                                       Teresa M. Becvar, IL State Bar No. 6312328*

                                       G. Thomas Martin, III (SBN 218456)
                                       tom@mblawapc.com
                                       Nicholas J., Bontrager (SBN 252114)
                                       nick@mblawapc.com
                                       MARTIN & BONTRAGER, APC
                                       4605 Lankershim Blvd., Suite 535
                                       Toluca Lake, CA 91602
                                       Tel: (323) 940-1700
                                       Fax: (323) 238-8095

                                       Asaf Agazanof, Esq. (SBN 2850430)
                                       Asaf@Lawasaf.com
                                       ASAF LAW APC
                                       2330 Westwood Blvd., Second Floor
                                       Los Angeles, CA 90064
                                       Tel: (424) 253-8870
                                       Fax: (888) 254-0651

                                       Manfred Muecke, CA State Bar No. 222893
                                       mmuecke@manfredapc.com
                                       MANFRED, APC
                                       600 West Broadway, Suite 700
                                       San Diego, CA 92101
                                       Tel: (619) 550-4005
                                       Fax: (619) 550-4006

                                       Matthew H. Morgan, MN Bar No. 304657*
                                       morgan@nka.com
                                       NICHOLS KASTER, PLLP
                                       80 S. 8th Street, Ste. 4700

Minneapolis, MN, 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Ryan F. Stephan, IL State Bar No. 6273101*
rstephan@stephanzouras.com
James B. Zouras, IL State Bar No. 6230596*
jzouras@stephanzouras.com
Teresa M. Becvar, IL State Bar No. 6312328*
tbecvar@stephanzouras.com
STEPHAN ZOURAS, LLC
222 W. Adams Street, Suite 2020
Chicago, IL 60606
Telephone: (312) 233-1550
Facsimile: (312) 233-1560

David R. Markham (SBN 71814)
dmarkham@markham-law.com
The Markham Law Firm
8910 University Center Lane, Suite 400
San Diego, CA 92122
Tel: (619) 399-3995
Fax: (619) 615-2067

*Admitted Pro hac vice*

Attorneys for Plaintiffs Siobahn Carroll and Alan Luken and the putative class.


By:   *Kymberly Kochis*

Kymberly Kochis (admitted *pro hac vice*)
kymkochis@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

Tracey Ledbetter (admitted *pro hac vice*)
traceyledbetter@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309
Telephone: (404) 853-8000
Facsimile (404) 853-8806

1  
2  Amanda Villalobos (SBN 262176)  
   amanda.villalobos@tuckerellis.com  
3  TUCKER ELLIS LLP  
   515 South Flower Street, Forty Second Floor  
4  Los Angeles, CA 90071  
   Telephone: (213) 430-3395  
5  Facsimile: (213) 430-3409  

6  Attorneys for Defendants Progressive Select  
   Insurance Company, et al.  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 15, 2025          By:   *Teresa M. Becvar*

                                              Teresa M. Becvar, IL State Bar No. 6312328*